UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
HARTFORD FIRE INSURANCE COMPANY               :
a/s/o DATAVISION COMPUTER VIDEO, INC.,        :     **ORDER ADOPTING REPORT**
                                              :     **AND RECOMMENDATION**
                          Plaintiff,          :
                                              :
          - against -                         :     1:06-cv-2171-ENV-KAM
                                              :
MOHAMED N. JAINULABDEEN,                       :
                                              :
                          Defendant.          :
                                              :
-------------------------------------------------------------X

VITALIANO, D.J.

On July 25, 2006, plaintiff moved for default judgment. By order dated August 22, 2006,

the motion was referred to Magistrate Judge Kiyo A. Matsumoto. On March 12, 2007,

Magistrate Judge Matsumoto issued a Report and Recommendation recommending that the

Court enter default judgment in the amount of $250,000, plus simple interest at the rate of nine

percent per annum running from March 28, 2006 to the date of entry of judgment, costs in the

amount of $539.50, and post-judgment interest from the date of entry of judgment at the rate

prescribed by law. Defendant has not filed an objection.

When reviewing a magistrate's Report and Recommendation, this Court "may accept,

reject, or modify, in whole or in part, the findings and recommendations . . . ." 28 U.S.C. §

636(b)(1)(C). When, as here, no timely objection has been made to the Report and

Recommendation, this Court "need only satisfy itself that there is no clear error on the face of the

record." Urena v. New York, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001) (quoting Nelson v.

Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).

After careful review of all the evidence in the record, this Court finds Magistrate Judge Matsumoto's Report and Recommendation to be correct, comprehensive, well-reasoned, and free of any clear error. The Court, therefore, adopts the Report and Recommendation in its entirety as the opinion of the Court. Accordingly, plaintiff's motion for default judgment is granted.

**SO ORDERED.**

Dated: Brooklyn, New York
March 30, 2007

s/Hon. Eric N. Vitaliano
ERIC N. VITALIANO
United States District Judge